IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-30343
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANGELA M. TAYLOR, also known as
Angela M. Daigle,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 99-CR-20064-1
--------------------
December 13, 2000

Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Angela M. Taylor appeals the sentence imposed following her guilty plea to theft or receipt of stolen mail matter.

She contends that the district court abused its discretion in departing upward pursuant to U.S.S.G. § 4A1.3, which provides for a departure when the defendant's criminal history category significantly underrepresents her history or the likelihood that she may commit further crimes. We find no clear error in the district court's finding that Taylor's criminal history category

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

underrepresented the seriousness of her history.  See United States v. Laury, 985 F.2d 1293, 1310 (5th Cir. 1993).  We also perceive no abuse of discretion in the court's decision to depart on that basis.  See id.

Taylor argues that, in any event, the extent of the district court's departure was unreasonable.  We conclude that the court did not abuse its discretion in this regard.  See United States v. Hawkins, 87 F.3d 722, 728 (5th Cir. 1996).

AFFIRMED.